IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff*,  v.  **JOHNNIE FARROW,** *et al.*,  *Defendants*. | **CRIMINAL ACTION NO.**  **5:21-cr-00026-TES** |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

Before the Court is the Government's Joint Motion to Continue Trial [Doc. 47], in which both parties seek to continue the trial currently scheduled to begin in the October 2021 Trial Term to the February 2022 Trial Term.

By way of background, Defendants Johnnie Farrow, Demetria Bell, and Eary Fuller were indicted on May 12, 2021, and charged with one count of Conspiracy to Defraud a Financial Institution in violation of 18 U.S.C. §§ 1349 and 2. [Doc. 1]. On May 26, 2021, all Defendants pled not guilty to the indictment at their arraignments. [Doc. 14]; [Doc. 21].

In its Joint Motion to Continue, the Government argues that a continuance in this case is necessary as to all Defendants because its "counsel will be on an extended leave beginning September 13, 2021 that will last the rest of the year[]" and will not return "to work full time until January 31, 2022." [Doc. 47, ¶ 4]. The Government contends that

another Assistant United States Attorney could not adequately prepare for a trial in this case due to the voluminous discovery record, and therefore requests a continuance until after its presently appointed counsel returns from her extended leave. [*Id.*].

Consistent with the Government's request, the Court **GRANTS** its Joint Motion to Continue Trial [Doc. 47] and **ORDERS** that this case and its pretrial conference be continued to the February 2022 Trial Term. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Failure to grant a continuance would result in a violation of Defendants' rights under the Speedy Trial Act, deny defense counsel the reasonable time necessary for effective preparation, and likely result in the miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 7th day of September, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**